# UNITED STATES DISTRICT COURT
## District of Minnesota

Ibsa Yussuf,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, and Joseph B. Edlow,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00786-MJD-ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Respondents' Motion for the Release of Petitioner and Dismissal of Habeas Petition **[Docket No. 6]** is **DENIED**;
2. Petitioner Ibsa Y's Petition for Writ of Habeas Corpus **[Docket No. 1]** is **STAYED**;
3. Respondents are ordered to lift all conditions that Respondents have purportedly imposed on Petitioner;
4. Respondents are enjoined from imposing any additional conditions of release upon Petitioner Ibsa Y.;
5. Respondents are ordered to return all Petitioner's belongings, including his identification and work permit, within 24 hours of this Order; and
6. If Respondents do not provide proof that Petitioner has received his identification and work permit by February 4, 2026 by 2:00 PM, the Assistant United States Attorneys representing the Respondents are ordered to appear before Judge Michael J. Davis at 4:00 PM in Courtroom 13E in Minneapolis. The Assistant United States Attorneys are to bring with them the Petitioner's identification and work permit to be turned over to the Court during the hearing at 4:00 PM.

Date: 2/3/2026

KATE M. FOGARTY, CLERK