**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ibsa Y.,

Petitioner,

v.

**ORDER**
Civil File No. 26-00786 (MJD/ECW)

Pamela Bondi, et al.,

Respondents.

---

Ariana Kiener, Bryan Plaster, E. Michelle Drake, Hans W. Lodge, John G. Albanese, Jordan C. Hughes, Joseph Hashmall, Katherine Raths, Marika Kaitlin O'Connor Grant, Soledad Slowing Romero, Berger Montague PC, Counsel for Petitioner.

Jesus Cruz Rodriguez, Assistant United States Attorney, Counsel for Federal Respondents.

---

On February 4, 2026, this Court held a hearing regarding documents that were not returned to Petitioner upon his release from custody. Specifically, Petitioner maintains that he was released without his driver's license or work permit. At the hearing, Respondents failed to produce the missing documents, and the Court scheduled a follow-up status conference for the following day.

On February 5, 2026, the Court canceled the follow-up status conference because Respondents indicated that officials in El Paso, Texas had shipped a box of Petitioner Ibsa Y.'s possessions that "should contain [Petitioner's] Work

Permit and the Driver license." [Doc. 17.] The Court rescheduled the status conference to Tuesday, February 17, 2026, pending the delivery of the box to Minnesota from El Paso, Texas. [Doc. 19.]

On February 8, 2026, Respondents informed the Court that the box arrived at the Bishop Henry Whipple Federal Building in Minnesota on Friday, February 6, 2026 and did not contain Petitioner's documents. [Doc. 20.] Respondents indicate that, "at this time, the documents are considered lost." Id.

The Court notes that a pattern has emerged in the District of Minnesota where petitioners are released without their government-issued identification and immigration documents. See e.g., Marcos L. v. Noem, et al., 26-cv-00676 (MJD/SGE) (February 10, 2026 Motion to Enforce Judgment); Luis H. v. Bondi, et al., 26-cv-00454 (ECT/LIB) (January 25, 2026 Letter to District Judge); Mahmoud M. v. Bondi, et al., 26-cv-00646 (SHL/SGE) (February 9, 2026 Order); J.B.C.O, et al., v. Bondi et al., 26-cv-00424 (JRT-DJF) (February 9, 2026 Motion for Order to Show Cause); Marjorie E. v. Bondi, et al., 26-cv-00804 (JMG/DTS) (February 4, 2026 Status Report). At best, this may reflect hastily completed administrative processing in response to the government's immigration enforcement actions. At worst, however, it may suggest a more insidious motive – namely, an effort to

withhold identification documents from those who need them for protection. Regardless of the circumstances here, neither is acceptable.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. By February 14, 2026, The Respondents are ordered to issue duplicates of Petitioner's driver's license and work permit to Petitioner; and
2. If Respondents do not provide proof that Petitioner has received his newly issued driver's license and work permit within three days of this Order, the Assistant United States Attorney representing the Respondents are ordered to appear before Judge Michael J. Davis on February 17, 2026 at 12:00 P.M. in Courtroom 13E, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 to explain why Respondents continually fail to comply with orders of this Court and, more importantly, what Respondents are going to do to make Petitioner whole

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 11, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court