# UNITED STATES DISTRICT COURT
## District of Minnesota

Ibsa Yussuf,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Joseph B. Edlow,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-786 (MJD/ECW)

---

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. By February 14, 2026, The Respondents are ordered to issue duplicates of Petitioner's driver's license and work permit to Petitioner; and
2. If Respondents do not provide proof that Petitioner has received his newly issued driver's license and work permit within three days of this Order, the Assistant United States Attorney representing the Respondents are ordered to appear before Judge Michael J. Davis on February 17, 2026 at 12:00 P.M. in Courtroom 13E, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 to explain why Respondents continually fail to comply with orders of this Court and, more importantly, what Respondents are going to do to make Petitioner whole

Date: 2/11/2026

KATE M. FOGARTY, CLERK