**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ibsa Y.,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

**ORDER VACATING ORDER DOCKETED AT ECF NO. 22**
Civil File No. 26-00786 (MJD/ECW)

---

Ariana Kiener, Bryan Plaster, E. Michelle Drake, Hans W. Lodge, John G. Albanese, Jordan C. Hughes, Joseph Hashmall, Katherine Raths, Marika Kaitlin O'Connor Grant, Soledad Slowing Romero, Berger Montague PC, Counsel for Petitioner.

Jesus Cruz Rodriguez, Assistant United States Attorney, Counsel for Federal Respondents.

---

On February 11, 2026, this Court issued an Order requiring the Respondents to produce duplicates of Petitioner's identification documents that the Court believed were lost. [Doc. 22.] The Court also scheduled a status conference with the parties on February 17, 2026. [Id.]

On February 11, Respondents brought to the Court's attention that the Petitioner's driver's license and work permit were located and returned to Petitioner's counsel. [Doc. 21.]

Knowing this information, the Court no longer requires the Respondents to issue new identification documents for Petitioner and no longer needs the parties to appear before the Court for a status conference.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court's Order docketed at **ECF No. 22** is **VACATED**; and
2. The status conference originally scheduled for Tuesday, February 17, 2026 is **CANCELED**.

Dated: February 12, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court